RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2022 DEC 1 PM 5:59

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILMER ALICEA-CURRAS,<br><br>Defendant. | **INDICTMENT**<br><br>Criminal No. 22-511 (FAB)<br><br>Violations:<br>18 U.S.C. § 922(o)<br><br>**TWO COUNTS** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Possession of a Machinegun
18 U.S.C. § 922(o)

On or about October 24, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

WILMER ALICEA-CURRAS

did knowingly possess a machinegun, that is, one Sharp Brothers pistol, model Jack-9, bearing serial number J9-03124, that had been modified so that it was capable of firing more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT TWO
Possession of a Machinegun
18 U.S.C. § 922(o)

On or about October 24, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

WILMER ALICEA-CURRAS

did knowingly possess a machinegun, that is, one Zev Technologies pistol, model ZEV-FL, bearing serial number ZFL09327, that had been modified so that it was capable of firing more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One and Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(o) as set forth in Count One and Count Two of this Indictment, the defendant,

WILMER ALICEA-CURRAS

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to: one Sharp Brothers pistol, model Jack-9, bearing serial number J9-03124 and one Zev Technologies pistol, model ZEV-FL, bearing serial number ZFL09327.

All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

_____
FOREPERSON
Date: 1 DEC 2022

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

Linet Suárez
Assistant United States Attorney
Violent Crimes Division