**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| UNITED STATES OF AMERICA | **CASE NO.** 3:22-cr-00511-FAB |
|---|---|
| v. | |
| WILMER ALICEA-CURRAS (1) | USM # 34374-510 |

## JUDGMENT OF DISMISSAL

Defendant Wilmer ALICEA-CURRAS (1) has been charged with the offense(s) of:

18 USC §§ 922(o) and 924(a)(2): Possession of Machinegun

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

☑ The Court has granted the motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

☐ The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

☐ The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

☐ The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on May 23, 2025.

S/ Francisco A. Besosa
United States District Judge

DPR Forms. Rev. Feb. 2016